EMPIRE CASUALTY CO. OF WEST VIRGINIA v. STEVENS et al. (Circuit Court of Appeals, Fourth Circuit. January 26, 1911.) No. 1,005. Appeal

from the Circuit Court of the United States for the Northern District of West Virginia, at Philippi. For opinion below, see 180 Fed. 283. W. W. Van Winkle, Mason G. Ambler, and H. F. Stockwell, for appellant. John Marshall, Alonzo L. Miles, and Luther E. Mackall, for appellees.

PER CURIAM. Dismissed under rule 20. Appellant to pay costs. Agreement filed.